IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| XIANXIAO LIN | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:24-CV-146-P |
| | § |
| ALEJANDRO MAYORKAS, ET AL. | § |

### FINDINGS, CONCLUSIONS, AND RECOMMENDATION REGARDING DEFENDANTS' MOTION TO DISMISS

Pending before the Court is the Defendants' Motion to Dismiss and Brief in Support ("Defendants' Motion") [doc. 13], filed September 27, 2024. Having carefully considered the motion, and noting that Plaintiff, who is proceeding *pro se*, wholly failed to file a response, the Court recommends granting the Defendants' motion for the reasons stated in such motion. Specifically, the Court notes that Defendants' claim that the case should be dismissed because it is moot as Plaintiff's application has been adjudicated and was approved by the U.S. Citizenship and Immigration Services in August 2024. (Defendants' Motion at 2-4.)

### NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error

or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996), *modified by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections to 14 days).

## **ORDER**

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted until **November 6, 2024**, to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED October 23, 2024.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

2